# EXHIBIT H

09/16/2015 12:36 PM
shop.bachem.com/h-5926-1.html

**BACHEM**

Home : Peptides : H-5926

# H-5926
**Hepcidin-25 (human)**

H-Asp-Thr-His-Phe-Pro-Ile-Cys-Ile-Phe-Cys-Cys-Gly-Cys-Cys-His-Arg-Ser-Lys-Cys-Gly-Met-Cys-Cys-Lys-Thr-OH

(Disulfide bonds between $Cys^7$ and $Cys^{23}$/$Cys^{10}$ and $Cys^{13}$/$Cys^{11}$ and $Cys^{19}$/$Cys^{14}$ and $Cys^{22}$)

Trifluoroacetate salt

Links / Documents:
Peptide Calculator
ADS
MSDS
Brochures:
Antimicrobial Peptides

| Item | Size | Price | | | |
|---|---|---|---|---|---|
| H-5926.0100 | 0.1 mg | $190.00 | 1 | Buy | Favorites |
| H-5926.0500 | 0.5 mg | $589.00 | 1 | Buy | Favorites |
| H-5926.1000 | 1 mg | $932.00 | 1 | Buy | Favorites |

Request Bulk Quote

| | |
|---|---|
| Item Number | 4040671 |
| One Letter Code | DTHFPICIFCCGCCHRSKCGMCCKT |
| Synonyms | LEAP-1 (human), Hepc25 (human), Liver-Expressed Antimicrobial Peptide (human), PLTR (human), Putative Liver Tumor Regressor (human) |
| Molecular Formula | $C_{113}H_{170}N_{34}O_{31}S_9$ |
| Relative Molecular Mass | 2789.40 |
| CAS Registry Number | [342790-21-0] net |
| Source | Synthetic |
| Storage Conditions | $-20 \pm 5\,°C$ |

## Keywords

Principal iron-regulatory hormone; Antimicrobial peptide

## Description

Hepcidin-25 (hepatic bactericidal protein), also referred to as LEAP-1 (liver-expressed antimicrobial peptide) has been independently discovered by two groups in human blood ultrafiltrate and urine. The peptide which is predominantly expressed in the liver, belongs to a new vertebrate family of small antimicrobial peptides that contain 8 cysteine residues and show significant antibacterial and antifungal activity. Further investigations revealed that hepicidin is the principal iron-regulatory hormone in humans. It acts by binding to the iron exporter ferroportin, inducing its internalization and degradation, thereby blocking cellular iron efflux. Nemeth et al. demonstrated that the N-terminal part of the peptide hormone is essential for its activity.

## References

E.Kenma et al., Haematologica, 93, 90 (2008)
E.Nemeth and T.Ganz, Haematologica, 91, 727 (2006)
E.Nemeth et al., Blood, 107, 328 (2006)
T.Ganz, Blood, 102, 783 (2003)
H.N.Hunter et al., J. Biol. Chem., 277, 37597 (2002)
R.E.Fleming and W.S.Sly, Proc. Natl. Acad. Sci. USA, 98, 8160 (2001)
C.H.Park et al., J. Biol. Chem., 276, 7806 (2001)
A.Krause et al., FEBS Lett., 480, 147 (2000)

## Areas of Interest

Antimicrobial & Antiviral Peptides, Hematology