# EXHIBIT I



# Peninsula Laboratories International, Inc.

+1 650 801 6090

search this site ...

**Home**   **Products**   **Technical Support**   **Contact Us**

Home » Search results for Key Words contains "hepcidin"

| Catalog Number | Description | Technical Info | Inquire | Price |
|---|---|---|---|---|
| T-4866.0400 | Hepcidin-25 (mouse) – Purified Antiserum – IgG, Host: Rabbit | | Inquiry | 610 USD |
| T-4819.0400 | Hepcidin-25 (human) – Purified Antiserum – IgG, Host: Rabbit | | Inquiry | 560 USD |
| T-4822.0500 | Hepcidin-25 (human) – Diluted Antiserum for RIA, Host: Rabbit | | Inquiry | 590 USD |
| S-2252.0001 | Hepcidin-25 (human) – RIA Kit, Host: Rabbit, CE-marked | | Inquiry | 870 USD |
| S-1482.0001 | Hepcidin-25 (rat) – EIA Kit, Host: Rabbit, High Sensitivity, CE-marked | | Inquiry | 710 USD |

## SEARCH

| | |
|---|---|
| Key Words | hepcidin |
| Category | Any |
| Species | Select |
| Catalog number | |
| Research Areas | Select |
| Synonyms | |
| Application | |

**Search**

### Or choose a letter

A  B  C  D  E  F  G  H  I  J  K
L  M  N  O  P  Q  R  S  T  U  V
W  X  Y  Z



Home » Search results for Key Words contains "hepcidin"

| Catalog Number | Description | Technical Info | Inquire | Price |
|---|---|---|---|---|
| S-1483.0001 | Hepcidin-25 (rat) – EIA Kit (R – sr, pl), Host: Rabbit, Extraction-free, CE-marked | | Inquiry | 830 USD |
| S-1465.0001 | Hepcidin-25 (mouse) – EIA Kit,Host: Rabbit, High Sensitivity, CE-marked | | Inquiry | 760 USD |
| S-1337.0001 | Hepcidin-25 (human) – EIA Kit (H – sr, pl), Host: Rabbit, Extraction-free, CE-marked | | Inquiry | 820 USD |
| S-1328.0001 | Hepcidin-25 (human) – EIA Kit, Host: Rabbit, High Sensitivity, CE-marked | | Inquiry | 710 USD |
| H-7214.0010 | [125I]-Hepcidin-25 (human), CE-marked, Lyophilized | | Inquiry | 910 USD |

Page 2 of 3    ‹   1   2   3   ›

**SEARCH**

| Key Words | hepcidin |
|---|---|
| Category | Any |
| Species | Select |
| Catalog number | |
| Research Areas | Select |
| Synonyms | |
| Application | |

Search

Or choose a letter

A  B  C  D  E  F  G  H  I  J  K
L  M  N  O  P  Q  R  S  T  U  V
W  X  Y  Z

