# EXHIBIT J



# DRG WORLDWIDE OFFICES

USA | GERMANY | RUSSIA | POLAND | CHINA | CZECH REPUBLIC

Tel: +1-973-564-7555
Fax: +1-973-564-7556
**USA Headquarters:**
841 Mountain Avenue, Springfield
New Jersey 07081, USA

HOME  PRODUCTS  DISTRIBUTION  NEWS  ABOUT  CONTACT US

Search

CONTACT  HELP
LOG IN  REQUEST A QUOTE

# Advanced detection of Hepcidin in iron-related disorders

RESEARCH USE ONLY - Not to be used in diagnostic procedures



## Hepcidin-25 Bioactive
### ELISA KIT
EIA5258

EXCELLENT CORRELATION TO MASS SPECTROMETRY

An enzyme immunoassay for the quantitative measurement of Hepcidin-25 in serum and plasma.

## OUR NEWEST PRODUCT
### Introducing the Hepcidin 25 Bioactive DRG ELISA KIT



21 U.S. and International Patents

Product Patent Protected
Hepcidin Pat. Numbers:

US 7,320,894 B2   EU 2 109 624
US 7,411,048 B2   EU 603 43 464.9
US 7,649,081 B2   EU 1,578,254
US 7,749,713 B2   Japan 4638350
US 7,998,691 B2   Russia 2 359 268 C2
US 8,003,338 B2   China 200380108964.8
US 8,017,737 B2   Hong Kong 1114419
US 8,263,352 B2   Canada 2,506,668
US 8,304,197 B2   EU 07 723 512.5
US 8,304,258 B2

**Product Patent Protected**
**Hepcidin Pat. Numbers:**

| | |
|---|---|
| US 7,320,894 B2 | EU 2 109 624 |
| US 7,411,048 B2 | EU 603 43 464.9 |
| US 7,649,081 B2 | EU 1,578,254 |
| US 7,749,713 B2 | Japan 4638350 |
| US 7,998,691 B2 | Russia 2 359 268 C2 |
| US 8,003,338 B2 | China 200380108964.8 |
| US 8,017,737 B2 | Hong Kong 1114419 |
| US 8,263,352 B2 | Canada 2,506,668 |
| US 8,304,197 B2 | EU 07 723 512.5 (Pending) |
| US 8,304,258 B2 | |



# DRG Diagnostics

**Product Patent Protected**
**Hepcidin Pat. Numbers:**

| | |
|---|---|
| US 7,320,894 B2 | EU 2 109 624 |
| US 7,411,048 B2 | EU 603 43 464.9 |
| US 7,649,081 B2 | EU 1,578,254 |
| US 7,749,713 B2 | Japan 4638350 |
| US 7,998,691 B2 | Russia 2 359 268 C2 |
| US 8,003,338 B2 | China 200380108964.8 |
| US 8,017,737 B2 | Hong Kong 1114419 |
| US 8,263,352 B2 | Canada 2,506,668 |
| US 8,304,197 B2 | EU 07 723 512.5 (Pending) |
| US 8,304,258 B2 | |

