# EXHIBIT K



Fox Rothschild LLP
ATTORNEYS AT LAW

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel 609.896.3600 Fax 609.896.1469
www.foxrothschild.com

Gerard P. Norton
Direct Dial: (609) 844-3020
Email Address: gnorton@foxrothschild.com

June 30, 2015

**VIA FEDEX AND EMAIL (D.VIDOVIC@BACHEM.COM)**
Damier Vidovich, M.D., Ph.D.
Chief Executive Officer
Peninsula Laboratories Inc.
305 Old Country Road
San Carlos, CA 94070

Re: **DRG-International – Hepcidin Patent Portfolio**

Dear Dr. Vidovich:

This firm represents DRG-International, who are the owners of 21 patents directed to diagnostic kits for the detection of hepcidin, including U.S. Patent Nos. 7,320,894; 7,411,048; 7,649,081; 7,749,713; 7,998,691; 8,003,338; 8,017,737 and 8,304,197.

Since your company is selling and offering for sale within the United States Hepcidin-25 (human) RIA and EIA kit products, my client would like to know if you are interested in a business opportunity to license its patent portfolio. My client believes that their Hepcidin kit products and patent portfolio would provide value to Peninsula Laboratories Inc.

Please contact us if your company is interested in this business opportunity. Thank you for your kind consideration in this matter.

We look forward to receiving your assurances promptly.

Very truly yours,

Gerard P. Norton

Cc: Mr. Brian Gregg (brian.gregg@usbachem.com)

A Pennsylvania Limited Liability Partnership

California  Colorado  Connecticut  Delaware  District of Columbia
Florida  Nevada  New Jersey  New York  Pennsylvania